UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| CHRISTIAN LEBOEUF, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Nos.: 3:05-CR-2-TAV-HBG-1 |
| | ) | 3:16-CV-411-TAV |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

For the reasons expressed in the accompanying memorandum opinion, it is **ORDERED** and **ADJUDGED** that Petitioner's motion for an extension [Doc. 62] is **GRANTED nunc pro tunc**, request for reconsideration of the Court's earlier grant of an extension to the United States [Doc. 63] is **DENIED**, and § 2255 petition [Doc. 49] is **DENIED** and **DISMISSED WITH PREJUDICE**. If Petitioner files a notice of appeal from this judgment, such notice of appeal will be treated as an application for a certificate of appealability, which is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b) because he has failed to make a substantial showing of the denial of a federal constitutional right. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24 that any such appeal from this judgment would be frivolous and not taken in good faith.

**ENTER:**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT